# Court of Appeals
# of the State of Georgia

ATLANTA,  January 02, 2018

*The Court of Appeals hereby passes the following order:*

**A18D0228.  ROBERT FRANK SMITH v. THE STATE.**

Robert Frank Smith was convicted of possession of cocaine and other crimes. We affirmed his convictions on appeal. *Smith v. State*, 309 Ga. App. XXIV (May 11, 2011) (unpublished). Smith later filed a motion in arrest of judgment, which the trial court denied. He now seeks discretionary review of that ruling.

An order denying a motion in arrest of judgment is directly appealable. *Lay v. State*, 289 Ga. 210, 211 (2) (710 SE2d 141) (2011). This Court will grant a timely discretionary application if the lower court's order is subject to direct appeal. See OCGA § 5-6-35 (j). Accordingly, Smith's application is hereby GRANTED. He shall have ten days from the date of this order to file a notice of appeal with the trial court, if he has not already done so. See OCGA § 5-6-35 (g). The clerk of the trial court is directed to include a copy of this order in the record transmitted to the Court of Appeals.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta,  01/02/2018

I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.

Witness my signature and the seal of said court hereto affixed the day and year last above written.

Stephen E. Castlen , *Clerk.*